**Dismissed and Opinion Filed July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00599-CR

**EDMOND FLOWERS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-00248-W**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Chief Justice Wright

Edmond Flowers was convicted by a jury of reckless injury to a child and sentenced to two years' confinement in a state jail facility. Appellant filed a timely motion for new trial and notice of appeal. After the appeal was docketed in this Court, the trial court granted appellant's motion for new trial. We now have before us appellant's June 30, 2014 motion to dismiss the appeal because the motion for new trial was granted.

An order granting a motion for new trial restores a case to its position before the former trial, and there is no longer a judgment in place, leaving us without jurisdiction over the appeal. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.). Accordingly, we grant appellant's motion to dismiss the appeal.

We dismiss the appeal for want of jurisdiction.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140599F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

EDMOND FLOWERS, Appellant

No. 05-14-00599-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-00248-W.
Opinion delivered by Chief Justice Wright,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered July 3, 2014